# CASE ANNOUNCEMENTS

## *November 19, 2013*

[Cite as *11/19/2013 Case Announcements*, 2013-Ohio-5086.]

# DISCIPLINARY CASES

**2013–0999. Disciplinary Counsel v. Deters.**
This cause is pending before the court upon the filing by relator, the Office of Disciplinary Counsel, of a certified copy of a disciplinary order issued by the Supreme Court of Kentucky dated May 23, 2013, in *Kentucky Bar Assn. v. Deters*, case No. 2012–SC–000666–KB. On November 7, 2013, respondent filed a response to show cause and renewed motion to stay. On November 12, 2013, respondent filed a notice to withdraw his response to show cause and motion for stay.

Upon consideration thereof, it is ordered that the response to show cause and renewed motion to stay filed November 7, 2013, is withdrawn.